**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6036
_____

STEPHEN MARK HAUSE,

                    Plaintiff - Appellant,

          v.

DAYNE PHILLIPS, Assistant Public Defender, in his Individual
and Official Capacities on behalf of the Lexington County
Public Defender's Office,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Richard M. Gergel, District Judge.
(3:13-cv-02743-RMG)

_____

Submitted:  April 24, 2014          Decided:  April 30, 2014

_____

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephen Mark Hause, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Mark Hause appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Hause v. Phillips, No. 3:13-cv-02743-RMG (D.S.C. Dec. 18, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED